MACHI & ASSOCIATES, P.C.
1521 N. Cooper St., Suite 550
Arlington, TX 76011
(817) 335-8880
(817) 275-6660 (FAX)
ATTORNEYS FOR DEBTORS

**IN THE UNITED STATES BANKRUPTCY COURT
IN THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-42695-ELM-13 |
| | § | |
| KAMIL THOMAS ZIOLKOWSKI, | § | |
| AND TRACEY LEIGH ZIOLKOWSKI | § | HEARING DATE & TIME: |
| | § | July 24, 2019 at 9:30 A.M. |
| DEBTORS | § | |

**MOTION TO EXTEND THE AUTOMATIC STAY
AS TO ALL CREDITORS**

COMES NOW, Kamil Thomas Ziolkowski and Tracey Leigh Ziolkowski, Debtors herein who file this Motion to Extend the Automatic Stay as to All Creditors pursuant to 11 U.S.C. § 362 (c)(3)(B) and would respectfully shows the court:

1. Debtors filed this case on July 1, 2019.

2. Debtors seek to extend the automatic stay as to all creditors.

3. Debtor has had one prior bankruptcy case that was dismissed within one year of the filing of this case. The case number for the prior bankruptcy filing was 19-41801-MXM-13. Joint Debtor has not previously filed for Bankruptcy.

4. The prior case was dismissed on May 22, 2019 for failure to file all necessary schedules and plan.

5. Debtors are prepared to file all documents necessary to proceed under Chapter 13, provide adequate protection if necessary, perform all terms of a proposed plan of reorganization and perform all duties required of a debtor under the Bankruptcy Code.

6. There were no creditors that sought relief from the automatic stay in Debtor's prior bankruptcy case.

7. Debtor's financial situation is the same as Debtor did not make the first payment as case was dismissed prior to due date. Debtors expect to be able to stay current on a new plan of reorganization and to stay current on all payments to secured creditors having a lien on property exempted by the Debtors which Debtors intend to pay outside the plan.

8. Debtors have filed the instant case in good faith and for legitimate purpose allowed by the U.S. Bankruptcy Code.

9. Debtors request continuation of the automatic stay as to all creditors in order for the efficient administration of Debtors' plan of reorganization and to protect all assets exempted by the Debtors.

10. But for an Order of this Court, the automatic stay would terminate within 30 days from the date of filing this case as to the Debtor.

**WHEREFORE, PREMISES CONSIDERED**, Debtors pray that the automatic stay continue as to all creditors until discharge or dismissal of the case, and that Debtors have such other and further relief as may be just.

SIGNED this the 1st day of July, 2019.

Respectfully submitted,

MACHI & ASSOCIATES, P.C.

By: /s/ Daniel S. Wright
DANIEL S. WRIGHT
State Bar No. 24037742

1521 N. Cooper, Suite 550
Arlington, TX 76011
(817) 335-8880
(817) 275-6660 fax

ATTORNEYS FOR DEBTORS

**CERTIFICATE OF SERVICE**

      I, Daniel S. Wright, do hereby certify that a true and correct copy of the foregoing "Motion to Extend the Automatic Stay as to All Creditors" and "Notice of Hearing" have been served by either Electronic Mail or U.S. First Class Mail, postage pre-paid, on the parties listed below and on all parties listed in the original mailing matrix, and any amended matrix, filed with the Court on this the 1st day of July, 2019.

Tim Truman
Chapter 13 Trustee
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180

William T. Neary
U.S. Trustee
1100 Commerce St., Rm 9C60
Dallas, TX  75242

                                                         /s/  Daniel S. Wright
                                                         DANIEL S. WRIGHT